UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

MARK JOSEPH MCINERNEY  
SSN: xxx-xx-5769  
Debtor

CASE NUMBER: 07-32798  
CHAPTER 13

---

**NOTICE TO SALVADOR CENICEROS, M.D. THAT $280.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Salvador Ceniceros, M.D., creditor herein, and deposits $280.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Salvador Ceniceros, M.D. was:

    150 W. Angela Blvd.
    South Bend, IN 46617-1101

2. That the Trustee's disbursement checks were returned by the postal service indicating the forwarding address had expired and the Trustee could not find a subsequent address for the creditor.

3. That there is a Motion before the Court for discharge of the debtor.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: October 20, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   October 20, 2011

By U.S. Mail postage prepaid

Debtor: Mark McInerney, 1210 Berkley Circle, Mishawaka, IN 46544
Creditor:  Salvador Ceniceros, M.D., 150 Angela Blvd., South Bend, IN 46617-1101

By electronic mail via CM/ECF:
Debtor's Attorney: Debra Voltz-Miller
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King